# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KIBLER,<br><br>             Plaintiff,<br><br>        v.<br><br>UNKNOWN,<br><br>             Defendant. | **15-cv-658 --- BAM**<br><br>**ORDER DIRECTING PLAINTIFF TO FILE AN IFP APPLICATION OR PAY THE $400.00 FILING FEE** |

   Plaintiff, Robert Kibler ("Plaintiff"), filed a complaint on April 29, 2015.  (Doc. 1). Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915.  Preliminarily, the Court has examined the complaint and it appears to be a letter in which Plaintiff is requesting that the Court provide him with the name and phone number of someone who can help him with an investigation.  Plaintiff is advised that this court has limited jurisdiction and ordering an investigation is beyond the Court's authority.  Federal courts can adjudicate only those cases in which the United States Constitution and Congress authorize them to adjudicate which are essentially those involving diversity of citizenship, or a federal question, or to which the United States is a party. *Kokkonen v.*

1

*Guardian Life Ins. Co.*, 511 U.S. 375 (1994); *Finley v. United States*, 490 U.S. 545 (1989). Federal courts are presumptively without jurisdiction over civil actions, and the burden to establish the contrary rests upon the party asserting jurisdiction. *Kokkonen*, 511 U.S. at 377. Here, it appears that the Court does not have jurisdiction over Plaintiff's case. However, if Plaintiff wishes to continue with this action, he must either pay the filing fee, or file an application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

No later than **June 22, 2015**, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. No requests for extension will be granted without a showing of good cause.

The Clerk of the Court is directed to serve this order and a blank IFP application on Plaintiff. **Failure to comply with this order will result in a recommendation that this action be dismissed.** If after receiving this order, Plaintiff no longer wishes to pursue this action, he shall file a Notice of Voluntary Dismissal.

IT IS SO ORDERED.

Dated:   **May 5, 2015**                                /s/ *Barbara A. McAuliffe*
                                                                         UNITED STATES MAGISTRATE JUDGE